ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

DEC 29 2004

CLERK, U.S. DISTRICT COURT
By _____
        Deputy

| | |
|---|---|
| DARREN M. LEE, JOHN ANTHONY, YVONNE ALVERDI, LORRAINE BESARRA, JOSEPH A. CAMMARATA, SARAH (SALLY) DAY, DONNIE RAY DYER, DONNA KAY DYER, SHARON FLETCHER, SUSAN FUJIMOTO, ELLEN Y. HOOD, CLEO E. LAWRENCE, LEROY LAWRENCE, KENT CHEN-TE LU, SHU CHEN CHEN, DANIEL LU, VICTORIA LU, C. HEINO TESCHMACHER, STEVEN VAUGHN, CINDY BUTTERA-WEST, JEFF WEST, TERRI NEWTON-FOX, CHERYL HARTZOG, STEVEN M. COSLEY, COLLEEN MARIE COSLEY, KIMBERLY ANN COSLEY, RYAN MICHAEL COSLEY, LISA ANTHONY AND MARY B. FLOYD,<br>            Plaintiffs<br><br>vs.<br><br>AMERICAN AIRLINES, INC.,<br>     Defendant | CIVIL ACTION NO. 3:01-CV-1179-P<br>(CONSOLIDATED) |

### DEFENDANT AMERICAN AIRLINES, INC.'S DESIGNATION OF DEPOSITION EXCERPTS FROM WILLIAM LEONARD

TO THE HONORABLE JUDGE OF SAID COURT

American Airlines, Inc. ("American"), the Defendant in the above-styled and numbered action, hereby designates the following portions of the deposition of William Leonard for use at the trial of the above-styled and numbered cause:

Page 7, lines 3-24
Page 8, lines 2-25
Page 9, lines 1-23
Page 10, lines 17-25
Page 11, lines 1-18
Page 12, lines 4-11
Page 13, lines 20-25
Page 14, lines 2-25

Page 15, lines 2-18
Page 16, lines 2-4, 15-25
Page 17, lines 1-4, 9-25
Page 18, lines 2-18
Page 19, lines 6-25
Page 20, lines 2-14
Page 21, lines 12-25
Page 22, lines 1-6, 11-20
Page 25, line 25
Page 26, lines 2-25
Page 27, lines 1-4, 16-24
Page 28, lines 10-16, 21-25
Page 29, lines 2-7
Page 31, lines 17-20
Page 32, lines 7-9
Page 33, lines 24-25
Page 34, lines 2-12, 18-25
Page 37, lines 9-25
Page 38, lines 1-10, 12-25
Page 39, lines 1-3, 10-13
Page 42, lines 4-10
Page 43, lines 6-25
Page 44, lines 2-8
Page 45, lines 6-24
Page 46, lines 7-25
Page 47, lines 2-21, 23-25
Page 48, lines 1-6, 11-14, 18-23
Page 49, lines 8-13
Page 51, lines 23-25
Page 52, lines 2-25
Page 53, lines 1-5
Page 56, lines 17-25
Page 57, lines 1-8
Page 60, lines 24-25
Page 61, lines 1-24
Page 64, lines 10-19
Page 65, lines 3-23
Page 80, lines 7-14
Page 85, lines 9-15
Page 88, lines 18-24

Respectfully submitted,

JACKSON WALKER L.L.P.

_____
Katherine A. Staton
State Bar No. 02815650
Mark R. Steiner
State Bar No. 19135450

901 Main Street, Suite 6000
Dallas, Texas 75202
(214) 953-6000
(214) 953-5822 - Fax

ATTORNEYS FOR AMERICAN AIRLINES, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on this the 29th  day of December 2004, a true and exact copy of the foregoing document was forwarded to Plaintiff's counsel, via facsimile and certified mail, return receipt requested:

**VIA HAND DELIVERY**
G. Kevin Buchanan
BUCHANAN & BURKE, LLP
200 Premier Place
5910 N. Central Expressway
Dallas, Texas 75206


**VIA HAND DELIVERY**
Howard Marc Spector
HOWARD MARC SPECTOR, P.C.
12770 Coit Road, Suite 1100
Dallas, Texas 75251

_____
Katherine A. Staton