IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DARREN M. LEE, et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 3:01-CV-1179-P |
| AMERICAN AIRLINES, INC., | § § § | |
| Defendant. | § | |

## FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 68, the parties filed an offer of judgment and notice of acceptance together with proof of service on January 3, 2005. Therefore, judgment is issued as follows:

Plaintiffs take $10,652.00 (Ten Thousand Six Hundred Fifty-Two Dollars and No/100) against Defendant American Airlines, Inc., and costs accrued as of December 15, 2004 are assessed against Defendant American Airlines, Inc.

**IT IS SO ORDERED.**

Signed this 19th day of January 2005.

JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE